**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LAKYSHA S. TRUESDALE**<br>**Personal representative of the**<br>**Estate of James L. Truesdale** | : | |
| **Plaintiff,** | : | **Case No.: 1:17 CV 557** |
| **v.** | : | |
| **MOUNTAIN PRODUCTIONS, INC., *et al.*** | : | |
| **and** | : | |
| **IT'S MY PARTY, INC.** | : | |
| **Defendants.** | : | |

## NOTICE OF REMOVAL

Defendant, It's My Party, Inc. a/k/a The 9:30 Club ("IMP"), by and through its undersigned counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby removes the above-captioned matter to this Court. The grounds for removal are set forth below.

### Nature of Plaintiff's Claim

1. On or about November 29, 2016, Plaintiff, Lakysha S. Truesdale, personal representative of the Estate of James L. Truesdale ("Plaintiff") filed the above action against Defendants Mountain Productions, Inc. ("Mountain"), It's My Party, Inc. ("IMP") and Washington Convention & Sports Authority a/k/a Events DC ("WCSA") (collectively "Defendants") in the Civil Division of the Superior Court for the District of Columbia, under Case No. 2016 CA 008565 B. Defendant IMP was served with process through its registered agent, Clinton Stack, on or around January 4, 2017. In accordance with 28 U.S.C. § 1446(a), true

and correct copies of the Complaint, Summons and Notice of Service of Process are attached hereto as Exhibit A.

2. The Complaint alleges that, on June 30, 2015, James L. Truesdale ("Decedent") was injured while building a concert stage at the Robert F. Kennedy Memorial Stadium, which is located at 2400 East Capital Street, SE, Washington, DC 20003 ("Incident").

3. The Complaint alleges that Decedent died as a result of the injuries he suffered during the Incident.

4. The Complaint asserts counts of "Negligence; Wrongful Death" and Negligence; Survival Act" against all Defendants.

**Procedural Posture**

5. This action was initiated by Plaintiff on or about November 29, 2016

6. The Summons and Complaint were served on IMP on or around January 4, 2017.

7. WCSA was dismissed as a defendant by Plaintiff on March 16, 2017. There were no cross-claims or third-party claim brought by or against WCSA. *See* Exhibit B, Stipulation of Dismissal for WCSA.

8. IMP filed a cross-claim against Mountain on March 20, 2017. *See* Exhibit C, Cross-Claim.

9. This Notice of Removal of this case to the United States District Court is filed by IMP within thirty (30) days after receipt by IMP of a copy of Plaintiff's Stipulation of Dismissal of WCSA from which IMP has ascertained that this action is one which is or has become removable.

**Parties**

10. Upon information and belief, Plaintiff, Lakysha Truesdale is the daughter of Decedent and was appointed by the Superior Court of the District of Columbia to be the Personal Representative of the Estate of James L. Truesdale by Letters of Administration dated October 3, 2016, in Estate No. 2013 ADM 001145.

11. Upon information and belief, Plaintiff is a resident of the District of Columbia.

12. IMP is a Maryland corporation with its headquarters in Maryland.

13. Upon information and belief, Cross-Defendant, Mountain, is a Pennsylvania corporation with its headquarters in Pennsylvania.

14. Upon information and belief, former-defendant WCSA is a District of Columbia corporation with its headquarters in the District of Columbia.

**Jurisdiction and Venue**

15. This civil action falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship), and is one which may be removed to this Court by IMP pursuant to the provisions of 28 U.S.C. §§ 1441(a), (b)(3) and (c).

16. This case is removable pursuant to 28 U.S.C. § 1441 because this United States District Court has original jurisdiction of this case under 28 U.S.C. § 1332(a). Section 1332(a) provides in pertinent part as follows:

> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between-
>
> (1) citizens of different States....

17. Plaintiff is a citizen of the District of Columbia, IMP is a citizen of Maryland and Mountain is a citizen of Pennsylvania. Therefore, complete diversity exists between Plaintiff

and Defendants.

18. Plaintiff's Complaint seeks damages in the amount of $10,000.000.00, exclusive of interest and costs.

19. Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446(a), this Court has original jurisdiction over this action because the amount in controversy exceeds $75,000.00 and because this action is between citizens of different states.

20. Venue is proper because this district embraces the jurisdiction in which Plaintiff initiated her lawsuit.

21. Pursuant to 28 U.S.C. § 1446(b)(3), IMP filed this Notice of Removal within 30 days of Plaintiff filing a stipulation dismissing WCSA, which was the first filing from which IMP could ascertain that this action is one which is or has become removable.

22. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Superior Court for the District of Columbia, and served along with written notice on Plaintiff and Mountain's counsel of record. A copy of the Notice to the Clerk of Removal is attached hereto as Exhibit C.

23. No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved to IMP

WHEREFORE, Defendant It's My Party, Inc. hereby removes the above-captioned action, which is now pending in the Superior Court for the District of Columbia.

DATED this 28th day of March 2017.

Respectfully submitted,

IT'S MY PARTY, INC.

_/s/ Matthew H. Johnson__________________

Jeffrey O'Toole, Esq. # 244509
Matthew H. Johnson, Esq., #502942
1233 20th Street, N.W., 8th Floor
Washington, D.C. 20036
Telephone: (202) 712-7000
Facsimile: (202) 712-7100
otoole@bonnerkiernan.com
mjohnson@bonnerkiernan.com
*Counsel for Defendant It's My Party, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Notice of Removal* was served by electronic and first class mail on this 28th day of March, 2017 upon:

Daniel S. Singer, Esq.
Kenneth M. Trombly, Esq.
Trombly & Singer, PLLC
1825 K St., NW Suite 1150
Washington, DC 20006
Telephone: (202) 887-5000
*Counsel for Plaintiff*

Mariana V. Bravo, Esq.
Carr Maloney, PC
2020 K Street, N.W.
Suite 850
Washington, DC 20006
Telephone: (202) 310-5588
mdb@carrmaloney.com
*Counsel for Defendant Mountain Production, Inc.*

*/s/* Matthew H. Johnson____________
Matthew H. Johnson